# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E 1167596 | VOLLMER | 730 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 02/18/2023 0809
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 1.5(a)(B)(f)
**Place of Offense:** Bridalveil Parking, "B" SR41
**Offense Description: Factual Basis for Charge:** Violating a closure
HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** CAI
**First Name:** Zeming
**M.I.:** /

[Street Address redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 8JBJ191 | CA | 19 | Ford Transit | ☐ | Blk |

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280 Total Collateral Due

20230218-006
PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]
Original - CVB Copy

*E1167596*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **February 18, 2023** while exercising my duties as a law enforcement officer in the **Eastern** District of **California**

— See attached —

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **02/18/2023**   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

CVB SCAN 03/23/2023 8:6
CVB SCAN 03/23/2023 8:6